UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
REGINA LEWIS, PRO SE                                        :
:
            Plaintiff,                                :
:      07 Civ. 4583 (GEL)
 -against-                                                 :
:      **ORDER**
DR. RENATA KRYMKEVITCH, et al.,                             :
:
           Defendants.                               :
:
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

    This case is properly assigned to White Plains. Regina Lewis, Lewis, a pro se plaintiff, at one point during the case resided in New Windsor, New York, and currently resides in Newburgh, New York. Both locations are in Orange County. Defendant Rockland Psychiatric Center is located in Orangeburg, New York, in Rockland County. Lewis's claim arises in major part based on events which took place at Rockland Psychiatric Center, in Rockland County, and St. Luke's Cornwall Hospital, in Orange County.

    Local Rule 21 states that a civil case "shall be designated" for assignment to White Plains where the "claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan and Westchester (the 'Northern Counties') and at least one of the parties resides in the Northern Counties."

The clerk is respectfully requested to reassign this matter to a Southern District Judge resident in White Plains.

SO ORDERED.

Dated: New York, New York
       October 24, 2007

_____
GERARD E. LYNCH
United States District Judge