UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Regina Lewis

    V

Dr. Renata Krymkevich,
Dr. Shasihkala Abkari,
Rockland Psychiatric Center,
Kate Dolphin

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



07 cv 4583 (SCR)(GAY)

**ORDER**

Discovery is stayed pending the outcome of the pending motions to dismiss.

Plaintiff is directed to serve her second amended complaint within 45 days of this date.

The Pro Se Office shall provide the necessary paperwork for service.

SO ORDERED:

_____
George A. Yanthis
United States Magistrate Judge

Dated: August 1, 2008
White Plains, NY